1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,

11            Plaintiff,

12                v.                    CR. NO. S-10-061 LKK

13   FREDERICK SCOTT SALYER,

14            Defendant.
     _____/

15   IN RE:

16   SK FOODS, L.P.,

17            Debtor.

18   BRADLEY D. SHARP,                   CIV. NO. S-10-810 LKK

19            Plaintiff,

20                v.

21   SCOTT SALYER, et al.,

22            Defendants.
     _____/

23

24   ////

25   ////

26   ////

```
 1  IN RE:

 2  SK FOODS, L.P.,

 3          Debtor.

 4  ROBERT PRUETT,                      CIV NO. S-12-669 LKK

 5          Appellant,

 6              v.

 7  BRADLEY D. SHARP,
    CHAPTER 11 TRUSTEE,
 8
            Appellee.
 9  _____/
    IN RE:
10
    SK FOOD, L.P., a California
11  limited partnership, et al.,

12          Debtors.

13  BRADLEY D. SHARP, Chapter 11
    Trustee,
14
            Appellant,                  CIV NO. S-12-775 LKK
15
                v.
16
    SSC FARMS 1, LLC, et al.,
17
            Appellees.
18  _____/

19  ////

20  ////

21  ////

22  ////

23  ////

24  ////

25  ////

26  ////
```

1   IN RE:

2   SK FOODS, L.P., a California
    limited partnership,
3
            Debtor.
4
    CARY COLLINS and COLLINS &
5   ASSOCIATES,

6           Appellants,                    CIV. NO. S-12-0655 GEB

7                v.

8   BRADLEY D. SHARP, Chapter 11
    Trustee,
9           Appellee.
    _____/
10  IN RE:

11  SK FOODS, L.P., a California
    limited partnership, et al.,
12
            Debtors.
13
    SSC FARMS 1, LLC, et al.,
14
            Appellants,                    CIV. NO. S-12-0894 JAM
15
                 v.
16
    BRADLEY SHARP, et al.,                 RELATED CASE ORDER
17
            Appellees.
18  _____/

19      The above-captioned cases are bankruptcy appeals.  The court

20  is in receipt of notices that the above-captioned appeals are

21  related to Sharp v. Salyer (In re SK Foods, L.P.), Civ. No. 2:10-

22  cv-810 LKK (and its previously related cases), and also to Pruett

23  v. SSC Farms (In re SK Foods, L.P.), Civ. No. 2:12-669 LKK and

24  Sharp v. SSC Farms (In re SK Foods, L.P.), Civ. No. 2:12-775 LKK.

25      Pursuant to E.D. Cal. R. 123(c), related cases are re-assigned

26  to the judge with the lower numbered case.

1     Accordingly the court ORDERS as follows:

2     1.   The bankruptcy appeals denominated Civ. No. 2:12-cv-655

3 GEB and Civ. No. 2:12-cv-894 JAM are REASSIGNED to Senior Judge

4 Lawrence K. Karlton for all further proceedings.  Henceforth, the

5 caption on documents filed in the reassigned cases shall be shown

6 as 2:12-cv-655 LKK and Civ. No. 2:12-cv-894 LKK.

7     2. The Clerk of the Court make shall appropriate adjustment

8 in  the assignment of civil cases to compensate for this

9 reassignment.

10    IT IS SO ORDERED.

11    DATED:  April 13, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

4