```
 1
 2
 3
 4
 5
 6
 7                         UNITED STATES DISTRICT COURT
 8                        EASTERN DISTRICT OF CALIFORNIA
 9
10   UNITED STATES OF AMERICA,
11            Plaintiff,
12                 v.                          CR. NO. S-10-061 LKK
13   FREDERICK SCOTT SALYER,
14            Defendant.
                                         /
15   IN RE:
16   SK FOODS, L.P.,
17            Debtor.
18   BRADLEY D. SHARP,                         CIV. NO. S-10-810 LKK
19            Plaintiff,
20                 v.
21   SCOTT SALYER, et al.,
22            Defendants.
                                         /
23
24   ////
25   ////
26   ////
```

```
 1  IN RE:

 2  SK FOODS, L.P.,

 3          Debtor.

 4  ROBERT PRUETT,                                    CIV NO. S-12-669 LKK

 5          Appellant,

 6              v.

 7  BRADLEY D. SHARP,
    CHAPTER 11 TRUSTEE,
 8
            Appellee.
 9  _____/
    IN RE:
10
    SK FOOD, L.P., a California
11  limited partnership, et al.,

12          Debtors.

13  BRADLEY D. SHARP, Chapter 11
    Trustee,
14
            Appellant,                                CIV NO. S-12-775 LKK
15
                v.
16
    SSC FARMS 1, LLC, et al.,
17
            Appellees.
18  _____/

19  ////

20  ////

21  ////

22  ////

23  ////

24  ////

25  ////

26  ////
```

2

```
IN RE:

SK FOODS, L.P., a California
limited partnership,

          Debtor.

CARY COLLINS and COLLINS &
ASSOCIATES,

          Appellants,                    CIV. NO. S-12-0655 GEB

              v.

BRADLEY D. SHARP, Chapter 11
Trustee,
          Appellee.
_____/
IN RE:

SK FOODS, L.P., a California
limited partnership, et al.,

          Debtors.

SSC FARMS 1, LLC, et al.,

          Appellants,                    CIV. NO. S-12-0894 JAM

              v.

BRADLEY SHARP, et al.,                   RELATED CASE ORDER

          Appellees.
_____/
```

The above-captioned cases are bankruptcy appeals. The court is in receipt of notices that the above-captioned appeals are related to <u>Sharp v. Salyer (In re SK Foods, L.P.)</u>, Civ. No. 2:10-cv-810 LKK (and its previously related cases), and also to <u>Pruett v. SSC Farms (In re SK Foods, L.P.)</u>, Civ. No. 2:12-669 LKK and <u>Sharp v. SSC Farms (In re SK Foods, L.P.)</u>, Civ. No. 2:12-775 LKK.

Pursuant to E.D. Cal. R. 123(c), related cases are re-assigned to the judge with the lower numbered case.

3

Accordingly the court ORDERS as follows:

1. The bankruptcy appeals denominated Civ. No. 2:12-cv-655 GEB and Civ. No. 2:12-cv-894 JAM are REASSIGNED to Senior Judge Lawrence K. Karlton for all further proceedings. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:12-cv-655 LKK and Civ. No. 2:12-cv-894 LKK.

2. The Clerk of the Court make shall appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: April 13, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT