UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

SK FOODS, L.P.,

        Debtor.

ROBERT PRUETT,                              CIV NO. S-12-669 LKK

        Appellant,

           v.                                    O R D E R

BRADLEY D. SHARP,
CHAPTER 11 TRUSTEE,

        Appellee.
_____/

    The Trustee's Motion To Dismiss this bankruptcy appeal is currently scheduled to be heard on July 23, 2012. Appellant Robert Pruett's opposition or Statement of Non-opposition was due on July 9, 2012, per E.D. Cal. R. ("Local Rule") 230(c). Appellant, who is represented by Richard S.E. Johns, Esq., has not filed an opposition or Statement of Non-opposition.

    Accordingly, the court ORDERS as follows:

1. Counsel for Appellant is **ORDERED TO SHOW CAUSE** in writing why he should not be sanctioned in accordance with Local Rule 110, including a fine of $150 and/or an order dismissing the appeal. Counsel for Appellant shall file his written response to this Order To Show Cause within seven (7) days of the issuance of this order.

2. The hearing on the Trustee's Motion To Dismiss (Dkt. No. 23), currently scheduled for July 23, 2012, is **CONTINUED** to August 6, 2012 at 10:00 a.m.

3. Appellant shall file an opposition or a Statement of Non-opposition to the Trustee's Motion To Dismiss no later than July 16, 2012. The Trustee shall file his reply, if any, no later than July 30, 2012.

IT IS SO ORDERED.

DATED: July 11, 2012.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT