UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
IN RE:

SK FOODS, L.P.,

        Debtor.
                                        
ROBERT PRUETT,                        CIV NO. S-12-669 LKK

        Appellant,

           v.                              O R D E R

BRADLEY D. SHARP,
CHAPTER 11 TRUSTEE,

        Appellee.
_____/
```

The Trustee's Motion To Dismiss this bankruptcy appeal is currently scheduled to be heard on August 6, 2012. Appellant has late-filed a Statement of Non-opposition.

Accordingly, the court ORDERS as follows:

   1.   The Trustee's Motion To Dismiss this appeal (Dkt. No. 23), is **GRANTED**;

////

1      2.   The August 6, 2012 hearing date for the Trustee's
2 Motion To Dismiss the appeal is **VACATED**; and
3      2.   The Order to Show Cause (Dkt. No. 25) is **DISCHARGED**,
4 and no sanction shall be imposed.
5    IT IS SO ORDERED.
6    DATED: July 17, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2