UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

SK FOODS, L.P.,

       Debtor.

ROBERT PRUETT,                             CIV NO. S-12-669 LKK

       Appellant,

          v.                                  O R D E R

BRADLEY D. SHARP,
CHAPTER 11 TRUSTEE,

       Appellee.
_____/

    The Trustee's Motion To Dismiss this bankruptcy appeal is currently scheduled to be heard on August 6, 2012. Appellant has late-filed a Statement of Non-opposition.

    Accordingly, the court ORDERS as follows:

        1.   The Trustee's Motion To Dismiss this appeal (Dkt. No. 23), is **GRANTED**;

////

        2.    The August 6, 2012 hearing date for the Trustee's Motion To Dismiss the appeal is **VACATED**; and

        2.    The Order to Show Cause (Dkt. No. 25) is **DISCHARGED**, and no sanction shall be imposed.

IT IS SO ORDERED.

DATED: July 17, 2012.

 

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT